IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-310-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SAMUEL LEE COOPER, JR. | ) | |

This matter is before the Court on defendant's motion to file documents under seal [DE 59]. For good cause shown, the motion is GRANTED. Defendant's sentencing memorandum and exhibit attached thereto shall be filed under seal.

SO ORDERED, this ___ day of April, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE